UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

TYRELL SIMON,

               Defendant.
------------------------------------------------------------x

**SCHEDULING ORDER**

22-CR-00641-PMH

A Change of Plea Hearing has been scheduled for February 27, 2024 at 4:00 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       February 14, 2024

_____
Philip M. Halpern
United States District Judge